IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAAL ANDRE MCNEIL, <br><br> Petitioner, <br><br> vs. <br><br> STATE OF NEBRASKA, ATTORNEY GENERAL FOR THE STATE OF NEBRASKA, DOUGLAS COUNTY ATTORNEY, WARDEN OF N.S.P., SCOTT FRANKS, Director of N.S.P.; LEE ANN RETELSDORF, District Court Judge, Mrs.; and CLERK OF THE DISTRICT COURT, <br><br> Respondents. | 4:18CV3041 <br><br> MEMORANDUM AND ORDER |

This matter is before the court on Petitioner's motion to amend and supplement the pleadings (filing no. 31) filed on August 29, 2018. The court dismissed Petitioner's habeas corpus petition without prejudice on August 28, 2018, because he has not exhausted his state court remedies. Nothing in the materials submitted with Petitioner's present motion indicates that exhaustion has occurred in the intervening day. Accordingly,

IT IS ORDERED that Petitioner's motion to amend and supplement the pleadings (filing no. 31) is denied.

Dated this 31st day of August, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge