IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAAL ANDRE MCNEIL,<br><br>Petitioner,<br><br>vs.<br><br>STATE OF NEBRASKA, ATTORNEY GENERAL FOR THE STATE OF NEBRASKA, DOUGLAS COUNTY ATTORNEY, WARDEN OF N.S.P., SCOTT FRANKS, Director of N.S.P.; LEE ANN RETELSDORF, District Court Judge, Mrs.; and CLERK OF THE DISTRICT COURT,<br><br>Respondents. | 4:18CV3041<br><br>MEMORANDUM AND ORDER |

This matter is before the court on Petitioner's Motion for Reconsideration (filing no. 33) of the court's August 28, 2018 Memorandum and Order (filing no. 29) and Judgment (filing no. 30) that dismissed Petitioner's Petition for Writ of Habeas Corpus without prejudice for failure to exhaust his available state postconviction remedies. Upon consideration of Petitioner's motion and the accompanying materials,

IT IS ORDERED that: Petitioner's Motion for Reconsideration (filing no. 33) (and any supplemental motions referenced or incorporated therein) is denied.

Dated this 1st day of October, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge