IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMAAL ANDRE MCNEIL, Petitioner, vs. STATE OF NEBRASKA, ATTORNEY GENERAL FOR THE STATE OF NEBRASKA, DOUGLAS COUNTY ATTORNEY, WARDEN OF N.S.P., SCOTT FRANKS, Director of N.S.P.; LEE ANN RETELSDORF, District Court Judge, Mrs.; and CLERK OF THE DISTRICT COURT, Respondents. | 4:18CV3041 **MEMORANDUM AND ORDER** |

This closed habeas matter is before the court on correspondence dated October 18, 2019 from Petitioner, which the court construes as a motion for records. (Filing No. 53.) Petitioner requests that all records related to his habeas petition be sent to the Clerk of the United States Supreme Court for that Court's review.[1] On April 30, 2019, the court received notice that Petitioner had filed a petition for writ of certiorari in the U.S. Supreme Court. (Filing No. 51.) Petitioner's petition for certiorari was denied on October 7, 2019, as was his petition for rehearing on December 9, 2019. (Filing No. 52; Filing No. 54.) Accordingly,

IT IS ORDERED that: Petitioner's correspondence, construed as a motion for records (filing no. 53), is denied as moot.

---

[1] Pursuant to U.S.Sup.Ct. Rule 26, a petitioner is not required to submit a joint appendix of the records from the lower courts until after an order has been entered by the U.S. Supreme Court granting certiorari.

Dated this 6th day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf  
Senior United States District Judge